UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HELEN DONIER, et al.,<br><br>                Plaintiffs,<br><br>     v.<br><br>WASHINGTON DEPARTMENT OF SOCIAL AND HEALTH SERVICES,<br><br>                Defendant. | CASE NO. C19-0933-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Mary Alice Theiler, United States Magistrate Judge:

Plaintiffs' application to proceed *in forma pauperis* (IFP) is incomplete. Plaintiffs must both sign and date the Written Consent for Payment of Costs portion of the IFP form. The Clerk is directed to mail a copy of the pending IFP application to plaintiffs and plaintiffs must sign, date, and return the completed form to the Court within **twenty (20) days** of the date below. Failure to comply may result in denial of the IFP and/or dismissal.

DATED this 17th day of June, 2018.

                                          WILLIAM M. MCCOOL, Clerk

                                          By:  s/ Tomas Hernandez
                                                                Deputy Clerk