# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

HELEN DONIER, et al.,

    Plaintiffs,

v.

WASHINGTON DEPARTMENT OF SOCIAL AND HEALTH SERVICES,

    Defendant.

CASE NO. C19-0933-JCC

ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS

Because plaintiffs do not appear to have funds available to afford the $400.00 filing fee, plaintiffs financially qualify for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, plaintiffs' IFP application (Dkt. 4) is GRANTED. The Clerk of the Court is directed to send a copy of this Order to plaintiffs and to the assigned District Judge.

DATED this 8th day of July, 2019.

Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS
PAGE - 1