THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HELEN DONIER and JEREMIAH DONIER, | CASE NO. C19-0933-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| WASHINGTON STATE DSHS, AGING AND LONG-TERM SUPPORT ADMINISTRATION, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiffs' application for court-appointed counsel (Dkt. No. 10). Upon reviewing Plaintiffs' complaint, the Court concludes that it is appropriate to forward Plaintiffs' case for further screening by the Federal Bar Association's Pro Bono Panel. *See* General Order 10 - 05, August 1, 2010, Section 3(c) (In re Amended Plan for the Representation of Pro Se Litigants in Civil Rights Actions). The Clerk is DIRECTED to forward the necessary materials, including Plaintiffs' complaint and application for court-appointed counsel (Dkt. Nos. 7, 10) to the Screening Committee for the Pro Bono Panel. The Clerk is further DIRECTED to re-note Plaintiffs' application for court-appointed counsel (Dkt. No. 10) to August 19, 2019.

MINUTE ORDER
C19-0933-JCC
PAGE - 1

1       DATED this 17th day of July 2019.

                                    William M. McCool
                                    Clerk of Court

                                    s/Tomas Hernandez
                                    Deputy Clerk

MINUTE ORDER
C19-0933-JCC
PAGE - 2