THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HELEN DONIER and JEREMIAH DONIER,

                Plaintiffs,

      v.

WASHINGTON STATE DSHS, AGING AND
LONG-TERM SUPPORT ADMINISTRATION,

              Defendant.

CASE NO. C19-0933-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiffs' application for court-appointed counsel (Dkt. No. 10). On July 17, 2019, the Court referred Plaintiffs' motion to the Pro Bono Screening Committee. (Dkt. No. 12.) The Committee recommends that the Court not appoint counsel in this matter. Accordingly, the Court DENIES Plaintiffs' application for court-appointed counsel (Dkt. No. 10).

Defendant has filed a motion to dismiss Plaintiffs' complaint on various grounds, which is noted for the Court's consideration on October 11, 2019. (Dkt. No. 15.) Given the Court's denial of Plaintiffs' application for court-appointed counsel, the Clerk is DIRECTED to renote Defendant's motion to dismiss to October 18, 2019. Plaintiffs shall file their response to the

motion to dismiss no later than October 14, 2019.

DATED this 2nd day of October 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk